EXH. C

**PHONE CALL**

FOR: Judge Kornman
DATE: 5/10
TIME: 2:12 P.M.

M: Steve Houghtaling

OF: 

PHONE: 605-222-2391

MESSAGE:

SIGNED: Barb Paepke

- PHONED: Y
- PLEASE CALL: X

UNIVERSAL 48003