UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

NORTHERN DIVISION

| | |
|---|---|
| IN RE CONTEMPT SANCTIONS AGAINST JOHN KILGALLON, Chief of Staff for the United States Marshals Service, DANIEL C. MOSTELLER, United States Marshal for the District of South Dakota, and STEPHEN HOUGHTALING, Chief Deputy United States Marshal for the District of South Dakota, individually and in their official capacities.<br><br>                                   Defendants. | 1:21-MC-01<br><br>AFFIDAVIT<br><br>OF<br><br>DELIVERY |

I, Matthew W. Thelen, Clerk, United States District Court for the District of South Dakota, at Sioux Falls, South Dakota, do hereby certify that on May 20, 2021 I hand delivered a copy of Order to Show Cause (Doc. 1), to Stephen Hougtaling, Chief Deputy United States Marshal for the District of South Dakota, at the following address:

> United States Courthouse
> 400 South Phillips Avenue
> Sioux Falls, SD 57104

Dated May 20, 2021.

/s/ Matthew W. Thelen
Clerk
U.S. District Court
400 S. Phillips Avenue, Room 128
Sioux Falls, South Dakota 57104
Matt_Thelen@sdd.uscourts.gov
