UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

NORTHERN DIVISION

| | |
|---|---|
| IN RE CONTEMPT SANCTIONS AGAINST JOHN KILGALLON, Chief of Staff for the United States Marshals Service, DANIEL C. MOSTELLER, United States Marshal for the District of South Dakota, and STEPHEN HOUGHTALING, Chief Deputy United States Marshal for the District of South Dakota, individually and in their official capacities.<br><br>        Defendants. | 1:21-MC-01<br><br>AFFIDAVIT<br><br>OF<br><br>MAILING |

  I, Kathleen M. Hammond, Deputy-In-Charge, United States District Court for the District of South Dakota, at Pierre, South Dakota, do hereby certify that on May 21, 2021 I mailed by U.S. Postal Service Certified Mail, a copy of Order to Show Cause (Doc. 1), to the following address:

  John Kilgallon, Chief of Staff
  U.S. Marshals Service
  Washington, D.C.  20530-1000

Dated May 21, 2021.

            /s/ Kathleen M. Hammond
            Deputy-In-Charge
            U.S. District Court
            225 S. Pierre St., Room 405
            Pierre, South Dakota 57501
            Kathy_Hammond@sdd.uscourts.gov