UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH DAKOTA



FILED
JUN 07 2021
CLERK

| | |
|---|---|
| IN RE CONTEMPT SANCTIONS AGAINST JOHN KILGALLON, Chief of Staff for the United States Marshals Service, DANIEL C. MOSTELLER, United States Marshal for the District of South Dakota, and STEPHEN HOUGHTALING, Chief Deputy United States Marshal for the District of South Dakota, individually and in their official capacities.<br><br>Defendants. | Case No. 21-MC-01<br><br>ORDER |

Pursuant to D.S.D. Civ. LR 83.2(F), the United States moved for the admission of its attorney, Leah Brownlee Taylor, to this Court's Bar for the pendency of the above-captioned case. Ms. Taylor has been appointed by the Attorney General of the United States as a Senior Trial Attorney, for the U.S. Department of Justice, Civil Division, and good cause for appearing,

IT IS ORDERED that Ms. Taylor is admitted to participate in all proceedings of this case pursuant to the Rules of Practice of the United States District Court for the District of South Dakota and subject to the rules of professional conduct as applied to members of the State Bar of South Dakota.

Dated this 7th day of June, 2021.

BY THE COURT:

CHARLES B. KORNMANN
United States District Judge

ATTEST:
MATTHEW W. THELEN, CLERK