**LIST OF PROPOSED EXHIBIT**

| Exhibit Number | Exhibit |
|---|---|
| Ex. 1 | March 25, 2021 memorandum from Judge Kornmann to those employed at the U.S. courthouse, Aberdeen |
| Ex. 2 | April 13, 2021 email from B. Paepke to J. Tupman and S. Houghtaling |
| Ex. 3 | April 15, 2021 Letter from Marshal Mosteller to Judge Kornmann |
| Ex. 4 | USMS Policy Directive 10.2 |
| Ex. 5 | Excerpts of contract between USMS and CSOs |
| Ex. 6 | May 4, 2021 letter from Chief Judge Lange to J. Kilgallon |
| Ex. 7 | May 10, 2021 email and letter from J. Kilgallon to Chief Judge Lange |
| Ex. 8 | May 10-11 Court Calendar for Hearings in Aberdeen, South Dakota Calendar |
| Ex. 9 | May 14, 2021 Memorandum from Judge Mauskopf, Administrative Office of the United States Courts |
| Ex. 10 | April 12, 2021 Letter from T. Hughes to U.S. Marshals, Chief Deputy U.S. Marshals, and Asst. Chief Deputy U.S. Marshals |
| Ex. 11 | United States Courts, "Safe Return to the Workplace Handbook" (May 2021) |