# EXHIBIT 1

| | |
|---|---|
| **From:** | Barbara Paepke |
| **To:** | Jason Tupman; Houghtaling, Stephen (USMS) |
| **Subject:** | FW: COVID Vaccination update |
| **Date:** | Tuesday, April 13, 2021 3:11:57 PM |

Due to the fact that I had not received any vaccination verifications from your staff members, I contacted Judge Kornmann and he sent me the following response: "Please tell them we are waiting to hear from them."

**From:** Charles Bruno Kornmann <Charles_Kornmann@sdd.uscourts.gov>
**Sent:** Tuesday, April 13, 2021 1:23 PM
**To:** Barbara Paepke <Barb_Paepke@sdd.uscourts.gov>
**Subject:** RE: COVID Vaccination update

Please tell them we are waiting to hear from them.

**From:** Barbara Paepke
**Sent:** Tuesday, April 13, 2021 9:41 AM
**To:** Charles Bruno Kornmann <Charles_Kornmann@sdd.uscourts.gov>
**Subject:** COVID Vaccination update

I have not received any notifications from the Public Defenders or US Marshal's regarding receiving the vaccine(s). The only US Attorney that has responded to me is Tim Maher.

Barb