# Exhibit 2

1          UNITED STATES DISTRICT COURT

2          DISTRICT OF SOUTH DAKOTA

3          NORTHERN DIVISION

4    * * * * * * * * * * * * * * * * * * * * * * * * * * *
                                    *
5    UNITED STATES OF AMERICA,      *      1:11-CR-10022-CBK
                                    *
6          Plaintiff,               *
                                    *      Aberdeen, South Dakota
7    -vs-                           *
                                    *      May 10, 2021
8    KENDALL LEE WHITE TAIL,        *
                                    *
9          Defendant.               *
                                    *
10   * * * * * * * * * * * * * * * * * * * * * * * * * * *

11                    TRANSCRIPT OF
         SUPERVISED RELEASE REVOCATION SENTENCING HEARING
12
         BEFORE THE HONORABLE CHARLES B. KORNMANN
13                UNITED STATES DISTRICT JUDGE

14              * * * * * * * * * *

15   APPEARANCES:

16   Counsel for Plaintiff:    MR. TIMOTHY M. MAHER
                               Supervisory Assistant United
17                             States Attorney
                               225 South Pierre Street, #337
18                             Pierre, South Dakota  57501

19   Counsel for Defendant:    MR. RANDALL B. TURNER
                               Assistant Federal Public Defender
20                             101 South Pierre Street, Third Floor
                               Pierre, South Dakota  57501
21
     Court Reporter:           Connie J. Heckenlaible, RPR
22                             Official Court Reporter
                               225 S. Pierre Street, #217
23                             Post Office Box 7147
                               Pierre, South Dakota  57501
24

25

**May 10, 2021**

1
2      MR. TURNER:  We need a Defendant, Your Honor.
3      THE COURT:  He should have been in the courtroom.
4  We're starting right on time, 12:30.
5          (Brief pause.)
6      THE CLERK:  They're bringing him in, Judge.
7      THE COURT:  Okay.
8      MR. MAHER:  Your Honor, I have a question.
9      THE COURT:  Yes, sir.
10      MR. MAHER:  Today may I remain seated to address the
11  Court to stay oriented to the microphone or do you want --
12      THE COURT:  Yes -- yes, you may.
13      MR. MAHER:  Thank you.
14      THE COURT:  And you have been fully vaccinated as you
15  told me?
16      MR. MAHER:  Yes, Your Honor.
17      THE COURT:  Mr. Turner, that's true of you also?
18      MR. TURNER:  Yes, Your Honor.
19      THE COURT:  Okay.  And I know that the court reporter
20  and the clerk have been.
21          We're not allowing anybody in the courtroom or chambers
22  who have not been fully vaccinated.
23          Be sure to have the Defendant in the courtroom ready to
24  go on time, Marshal.
25      DUSM KINNEY:  On my schedule, sir, it says "bond" --

```
1          THE COURT:  It says what?

2          DUSM KINNEY It said "bond".  So we just have to get our

3    paperwork straightened out.

4          THE COURT:  It says "bond"?

5          DUSM KINNEY:  Yes, sir.

6          THE COURT:  What does that mean?

7          DUSM KINNEY:  It means that he was out on this -- out

8    on bond.  We thought he was going to show up on his own.

9          THE COURT:  Well, I don't think that's right.  He's

10   been in custody.

11         DUSM KINNEY:  Yeah, that's correct.  Yep.

12         THE COURT:  And you have been fully vaccinated, ma'am?

13         DUSM KINNEY:  Me?

14         THE COURT:  Yes.

15         DUSM KINNEY:  Sir, I respectfully decline to answer

16   that.

17         THE COURT:  All right.  You may leave the courtroom

18   immediately.

19         DUSM KINNEY:  Okay, sir, I'll have to take him with me

20   then.

21         THE COURT:  No, you won't.  I told the Marshal what to

22   do on that and you should follow those orders.

23         DUSM KINNEY:  Go back and tell Kolb, please.

24         May we have --

25         THE COURT:  Don't come in this courtroom again unless
```

1    you're fully vaccinated.  Do you understand that?

2            DUSM KINNEY:  Yes, sir.

3            THE COURT:  All right.  You may leave.

4            Leave the Defendant where he is.

5            DUSM KINNEY:  Judge, I can't leave him alone.

6            THE COURT:  Yes, you're going to do exactly what I tell

7    you to do or you will be in custody yourself.  If you don't

8    have a marshal here that's fully vaccinated, that's your

9    problem, not mine.

10            You may leave, ma'am.

11            DUSM KINNEY:  Judge, I can't leave a prisoner in here.

12            THE COURT:  Yes, you will.  I'm going to give you 10

13    seconds to leave this courtroom.

14            (Brief pause.)

15            THE COURT:  Don't come back here unless you're fully

16    vaccinated.

17            What's your name?

18            DUSM KINNEY:  Deputy Kara Kinney.

19            THE COURT:  Okay.

20            DUSM KINNEY:  I'm going in my -- can you come relieve

21    me?  He can't be left sitting alone.

22            THE COURT:  Have you been fully vaccinated?

23            DUSM KOLB:  Yes.

24            THE COURT:  Okay.  Thank you.  Appreciate that.

25            I told -- I told the Marshal -- he sent me an email

```
1    sometime ago and I told him I don't want anybody in the

2    courtroom, including U.S. Marshals, who have not been fully

3    vaccinated.

4            DUSM KOLB:  Okay.

5            THE COURT:  She should not have shown up here today.

6            DUSM KOLB:  Okay.  I wasn't aware of that that she

7    wasn't.

8            THE COURT:  Oh, okay.  The Marshal didn't pass that on

9    to you?

10           DUSM KOLB:  Okay.  I'll do that.

11           THE COURT:  Yeah.  Thank you.  Appreciate it.  Okay.

12           All right.  This is a hearing in the case of United

13   States of America versus Kendall Lee White Tail.  He is

14   personally present with his attorney -- excuse me -- Randy

15   Turner; and the Government is represented by Assistant United

16   States Attorney Tim Maher.

17           Mr. White Tail, did you read and receive a copy of the

18   Supplemental Presentence Investigation Report and the Addendum

19   as prepared and filed by the probation officer and the report

20   from -- or the progress report, I guess, from the Rosebud Sioux

21   Tribe Methamphetamine Program?  I think that's -- oh, and the

22   Report and Recommendations from the Magistrate Judge, which is

23   Doc 136; and the Fourth Petition to Revoke your supervised

24   release.

25           Did you read and receive a copy of all those items,
```

1    sir?

2          THE DEFENDANT:  Yes.

3          THE COURT:  Is that true of counsel for both sides as

4    well?

5          MR. MAHER:  Yes, Your Honor.

6          MR. TURNER:  Yes, Your Honor.

7          THE COURT:  And likewise, I have read and received a

8    copy of all those items.

9          Now, he had previous revocations.  On the first

10   revocation, he received a sentence of seven months; the second

11   revocation proceeding, he was sentenced to a period of custody

12   of nine months; and on the third revocation, he was sentenced

13   to a period of custody of 15 months.  He's been in custody 71

14   days.  There are no objections filed.

15         Is there anything other that either side has by way of

16   evidence?

17         MR. MAHER:  None from the Government, Your Honor.

18         MR. TURNER:  I do, Your Honor.

19         THE COURT:  Okay.

20         MR. TURNER:  I would call Ed Parsells to the stand.  He

21   just assured me he's been fully vaccinated.

22         THE COURT:  Who is he, sir?

23         MR. TURNER:  Ed Parsells is -- he's the program

24   director at the Rosebud Sioux Tribe Methamphetamine Treatment

25   Center, although that's up in the air.  I'll have him describe

```
1   that.  He's an expert on treatment.

2           THE COURT:  That's fine.  You may do that.

3           MR. TURNER:  Thank you.  Ed Parsells.  And he did the

4   progress note that we filed earlier.

5           THE COURT:  Yes.

6           MR. TURNER:  Thank you.

7       ED PARSELLS, DEFENDANT'S WITNESS, SWORN

8           THE WITNESS:  My last name is P-A-R-S-E-L-L-S.

9                      DIRECT EXAMINATION

10  Q  (By MR. TURNER)  Your first name is Ed, right?

11  A  Ed.

12  Q  Ed, would you just tell us what your back -- your education

13  background is.

14  A  I have a bachelors of science in behavioral sciences, a

15  double major, and also Bible theology.

16  Q  Okay.  What's your current position?

17  A  It's called the unit supervisor of the Rosebud Sioux Tribe's

18  Long Term Meth Rehabilitation Program, basically administrator

19  and clinical supervisor.

20  Q  How long have you been involved in helping people with

21  addictions?

22  A  I had my first full-time job in 1981.

23  Q  Okay.

24  A  Been in the field continuously ever since.

25  Q  How long have you been down at Rosebud?
```

1   **A**   This -- it's a little complicated.  This last time I came --

2   I was working for the federal government in Indian Health

3   Services, a substance abuse specialist, until 2002.  I came

4   back to the Rosebud in 2002, and have worked continuously on

5   the Rosebud Reservation in a variety of capacity, all of them

6   in providing substance abuse services since then.

7   **Q**   Okay.

8   **A**   Most recently, 2016, I was asked to evaluate the Tribe's

9   meth rehab program that ended its funding.  I evaluated the

10   program and they asked me if I would be willing to serve as the

11   director.  So I did.  Since 2016 I've been the director of the

12   meth rehab program.

13   **Q**   Now, I understand in the past that there have been some

14   problems with funding.  Is there currently a problem with

15   funding?

16   **A**   Just that we have too much money and not enough staff of

17   people applying to hire.  We have a surplus of funding right

18   now.

19   **Q**   Okay.  So -- and as I understand it, the program is in a bit

20   of flux.  Would you please tell me what that is.

21   **A**   It's very complicated, but the executive director of the

22   Tribe's alcohol and drug treatment program philosophically

23   opposes the funding sources.  One of them, we had a million

24   dollar contract with the State of South Dakota to provide meth

25   treatment services in year one.  In year two, that was reduced

1   to 660,000 because we weren't using it.  The executive director

2   opposes that contract.  And we also have --

3           THE COURT:  Who is this person, sir?

4           THE WITNESS:  Her name is Marcita Eagle Bear.

5           THE COURT:  She's the executive director of what?

6           THE WITNESS:  The Rosebud Sioux Tribe's Alcohol and

7   Drug Treatment Program.  We are a subcomponent within her

8   organization.

9           THE COURT:  She doesn't want you to be operating?

10          THE WITNESS:  She doesn't want state funding.  She says

11  it compromises tribal sovereignty.

12          So recently, April 22nd, the Tribe removed the meth

13  program out from under her authority and placed it under health

14  administration.  So the Tribe's health administration is now

15  going to provide oversight for the meth treatment program.

16          It's caused a lot of stress, many staff have left.  And

17  I'm -- I'm uncertain if I'm going to stay past May 22nd.

18  **Q**  (By MR. TURNER) Okay.  Is -- tell me if you're operating and

19  if so, whether you have actual patients in an inpatient

20  capacity there.

21  **A**  Yes, we are operating right now.  I have a contract

22  credentialed supervisor and we have a full staff, but no

23  full-time counselor right now.  But we are -- we are operating.

24          We have three -- three patients right now.  And we were

25  supposed to have an admission day today, but everything is kind

1   of put on hold.

2   Q   Because --

3   A   We do have the three in-house right now.  We're going to

4   keep them and continue to treat them as long as I'm there.

5   Q   Okay.  And because of these changes, as I understand it,

6   Kendall had to go back to the Winner County Jail for a while

7   and you had to provide services remotely.  Can you explain

8   that.

9   A   Right.  He -- well, we weren't sure exactly what our future

10  held, but I think they're going to try to keep the program

11  going.  But we did, we let all of the patients go.  Some of

12  them we transferred to outpatient services and Kendall

13  evidently didn't qualify.  We had some on federal supervision

14  also that went to outpatient services and our staff provided

15  those outpatient services.

16          But Kendall was not allowed to participate in that

17  program so he was incarcerated.  But we're -- we're hoping --

18  and a footnote, I have decided to go ahead and reengage my

19  private practice so I will be doing a meth residential

20  treatment program hopefully in June and I do have a facility

21  and we're moving in that direction.

22  Q   And would that be on the Rosebud Reservation?

23  A   Yes, in Mission, South Dakota.

24  Q   All right.  And if that is going, who might be able to take

25  Kendall; would that be you or would that be the meth --

1    **A**   Yes, our program is called Lakota Care and it was my private

2    practice, I have that.  And I will have a staff -- a

3    credentialed staff.  We'll be accredited by the State of South

4    Dakota.

5    **Q**   It will be residential?

6    **A**   It will be residential, yes.

7    **Q**   Okay.  Now, when we first got -- and to back up a little bit

8    about the program down there, has it won some awards or does it

9    have some recognition as a model program?

10   **A**   Yes.  I had the good fortune of being surrounded by some

11   really high caliber experts in the field.  Cardwell Nuckols is

12   a leading neuroscientist, a researcher.  He's well published

13   for meth and opioid -- treating meth and opioid addiction.  I

14   met him, he was intrigued by our program and he kind of adopted

15   us, made himself available.  He served as a mentor since the

16   beginning.  So he's helped shape and make sure that our program

17   is -- it meets the highest standards as far as, you know, how

18   we operate.  He's still a part of our program.

19        And the Rosebud Hospital was going under so they

20   contracted with Boston Mass General Hospital to provide

21   physicians.  Those physicians were also available to our

22   program.  And they serve as the medical director.  We call them

23   the Boston docs.  They come from Harvard -- or Boston Mass

24   General.  Some of them are actually faculty at Harvard Medical

25   School.

1    So we've been involved with them for about five years.

2 Boston Mass General asked me to go to their hospital in Boston

3 and train their physicians, nurses, and anybody else on staff

4 that was interested in how we did meth.  They don't have a big

5 problem with meth up there, it's an emerging problem, so they

6 asked me to come and I spent three days teaching in there.  I

7 didn't realize that Harvard Medical School had staff and

8 faculty in attendance, but evidently we got talked about.

9    I got a call from the White House.  And they

10 evidently -- when Trump came on, he wanted to know what was

11 working in the field.  He contacted Harvard Medical School.

12 And they recommended and referred our program to him.  So --

13 Q  So you are training on the best practices for the continuum

14 of care for meth treatment, it sounds like?

15 A  Yeah, SAMHSA, the national -- the federal agency for

16 substance abuse and mental health, they want to publish a

17 treatment guide for treating methamphetamine.  So they did a

18 search nationwide.  And our program was one of three that was

19 selected as a model treatment program for stimulant use.

20 Q  And so when you go train people, it's a couple of days it

21 sounds like of training other people how to treat people for

22 meth?

23 A  I do two-hour Zoom webinars, up to three days of on-site

24 training to train other treatment programs on how we

25 effectively treat methamphetamine.

1  **Q**  Okay.  Ed, when we first got Kendall into treatment -- and

2  he's been asking our office for treatment during all these

3  prior revocations, we managed to get him in and I was under the

4  impression and in fact in the presenting situation, it mentions

5  16 weeks of residential meth specific treatment and he started

6  in December, which he would have been done before today which

7  was kind of my thought.  Can you tell me why that's not the

8  case for Kendall?

9  **A**  I want to first apologize I didn't make that more clear.

10  The minimum for our program is four months, sixteen weeks.  The

11  maximum is one year.  So our program is literally from four

12  months to one year long.

13  **Q**  Where is Kendall in that -- in that continuum, in that

14  process?

15  **A**  Okay.  So if somebody comes to us highly motivated with

16  minimal cognitive impairment or residual brain damage literally

17  from the meth, they potentially could be treated in four

18  months.  If there's cognitive impairment, meth related

19  psychosis, protracted withdrawal, post-acute withdrawal, if

20  there are psychiatric issues at work, those have to be worked

21  through before they can effectively begin treatment.

22      Kendall came to us -- he obviously had some good

23  upbringing.  He's got some social skills.  He was polite,

24  cordial, and we call it using compliance as a defense.  He

25  would flatter.  He would compliment, and he would tell us

```
1    exactly what he thought we wanted to hear.  But we perceive
2    that as superficial because the content of his engagement in
3    therapy as well as his written assignments were superficial so
4    we knew there were issues there.
5         The other thing he seems to have been cognitively
6    impaired and also amnestic disorder.  We didn't know if it was
7    related to meth or some other issue, but he does have memory
8    problems.
9         So the psychologist is meeting with him weekly
10   evaluating him, attempting to engage.  He was having episodes
11   of depression and also PTSD, nightmares, night terrors, and
12   mood disturbance that seemed to progress.  I mean, he was
13   suppressing them when he first got to us, but you can only do
14   that for so long.
15        We got him in December and by the end of January, he
16   had a couple of severe anxiety attacks.  And the last one -- he
17   had three serious anxiety attacks.  The last one was scary.  I
18   had a staff quit, a staff resign over that encounter.  She was
19   afraid of him.  But -- he was not out of control, but he was
20   refusing directives and in a hyper state emotionally, very
21   distraught and upset and angry.  I came in late that night -- I
22   believe it was a Saturday night -- and I escorted him to the
23   emergency room.  And he had to be medicated.
24        And then the doctor started adjusting his medications.
25   They'd been adjusting it before, but with the psychologist --
```

```
 1   we have two psychologists on staff -- and the psychologist
 2   worked with the emergency room physician and they put him on
 3   some really psychotropics, antipsychotic medication, he seemed
 4   to be cognitively impaired with paranoia, mood disturbance and
 5   rational reasoning were diminished.
 6        So they put him on this new medication, which he
 7   responded fairly well to.  They've been adjusting it.  And I
 8   believe it was two weeks ago or might be three weeks now, I
 9   don't remember exact date, but Dr. Foster, our psychologist,
10   met with him and she said for the first time she believed he
11   was now ready to engage treatment.
12   Q  So I take it from that, I mean, you mention that he seemed
13   to have a good upbringing, but I look at his history and it's
14   awful, I mean he grew up with violence in the home and
15   obviously he's turned to drugs and alcohol.  Are you saying
16   that there's been breakthroughs and that some of that stuff is
17   finally coming out?
18   A  Superficially he knows how to be polite.  Deep down there's
19   a dark side to Kendall.  And the psychologist believes a lot of
20   that is rooted in childhood trauma, abuse, and other things
21   that he's been exposed to in childhood that we're hoping to
22   treat.
23   Q  Have you seen progress; have you had breakthroughs?
24   A  Yes.  Yes.  Especially most recently.  Like within the last
25   30 days that we had him, the psychologist said he was opening
```

1  up to some of that trauma.  He refused to talk about it

2  previously.

3  **Q**  If you get your own residential care open, are you willing

4  to accept Kendall as a patient in a residential, you know, it's

5  not in custody, but it's a controlled environment and continue

6  with his treatment?

7  **A**  Absolutely.  I think he has the potential of being a success

8  story for meth treatment.  I believe that.

9  **Q**  That's based on, I mean, I don't want to know -- I can't

10  imagine how many patients you've had over the years.  I'm

11  assuming you don't say that about all of them.

12  **A**  No.  No and yeah, and -- yeah.  But he's demonstrated the

13  kind of progress that we want to invest in.  And he's gone

14  through a lot.  And even with us, I mean, he's chosen to stay.

15  And I know the legal leverage helped put the fence up, but

16  beyond that, he seems to be ready for the kind of change that

17  he needs for a sustained recovery from meth addiction.

18  **Q**  So his asking us to get him into treatment over and over

19  again was maybe not just manipulating the system, but an actual

20  desire to improve himself?

21  **A**  Right.  And you know the past experiences with his history,

22  I mean, he resorts to medicate his emotional pain of the trauma

23  of his past with mood altering chemicals.  If we can get

24  that -- those issues resolved, you know, that's going to help

25  him sustain recovery and abstinence from all mood altering

1    substances.

2    **Q**  Assuming he is allowed to complete that treatment, how long

3    do you expect he would need to be in a residential type

4    facility with you or through the Rosebud Sioux Tribe in order

5    to address those issues and have a chance of being successful?

6    **A**  Well, now that we have him where we believe we can engage

7    him at the level that he really needs and he's cooperating,

8    four to six months is what I would hope for.

9    **Q**  So if -- I mean, if we're at four to six months of

10   treatment, can you compare that to where he might go if he's

11   four to six months in a federal penitentiary somewhere?

12   **A**  Or --

13   **Q**  If you can't, you can't.

14   **A**  It's difficult.  You know, he's -- but I -- usually in the

15   federal system what patients have told us is that anything that

16   they've had before is out the window because of the need to

17   survive in that system.  The things that they learn about

18   treatment are not useful.  So it would have a detrimental

19   effect on him for sure.

20   **Q**  Is there anything else about this particular case -- well,

21   let me ask you this.  What's your best estimate as to the

22   ability of somebody down there getting him into a residential

23   treatment facility in terms of time from today?

24   **A**  Again, it's hard to predict, but if I am at the meth

25   treatment center, then, you know, we'll have him until he's

```
 1   done.  If I -- I'm going to open up my private practice and if

 2   the current meth treatment program goes under or deteriorates

 3   or whatever, I intend to have a residential meth treatment

 4   program and I'm going to continue doing meth treatment.  I love

 5   this work.  I love this field.

 6   Q  And any idea how long it might take you to get that open?

 7   A  I'm hoping by mid June.  Something -- we'll know something

 8   by mid June, but within two to three weeks we'll have an

 9   indication of which direction the meth treatment will be

10   provided on the Rosebud, either in my private practice or

11   through the Tribe.

12   Q  If the money is there, I'm assuming somebody will find a way

13   to open up a treatment center?

14   A  Right.

15   Q  Whether state dollars or federal dollars, it seems like they

16   spend the same, but the money is there?

17   A  Right.

18          MR. TURNER:  Okay.  That's all I have right now.

19   Thanks, Judge.

20          THE COURT:  Cross-examination, Mr. Maher?

21          MR. MAHER:  None, Your Honor.

22          THE COURT:  All right.  You may step down, sir.

23          THE WITNESS:  Thank you, Your Honor.

24          (Witness excused.)

25          MR. TURNER:  Did I miss anything, Ed?
```

```
 1              THE WITNESS:  I don't think so.

 2              MR. TURNER:  Okay.  Sorry, Judge.

 3              THE COURT:  That's all right.

 4              Any further evidence that you have?

 5              MR. TURNER:  No evidence, Your Honor.

 6              THE COURT:  Any further evidence -- any evidence by the

 7    Government now based on what the Defendant has presented?

 8              MR. MAHER:  No, Your Honor.

 9              THE COURT:  Okay.  Thank you.

10              Comments, Mr. Maher.

11              MR. MAHER:  Your Honor, this is a homicide case wherein

12    the Defendant was convicted of manslaughter, killing his

13    brother.  Intoxication was an issue in the underlying matter

14    that the Court was looking hard at and I looked through the

15    prior PSRs and notes that he's had psychiatric treatment in

16    Kentucky, meth and alcohol and substance abuse and domestic

17    violence have been on the Court and Probation Office's mind

18    during his years with this Court.

19              And so when he commenced his fourth period of

20    supervision in June of 2020, within two months he was back

21    using meth and admitting that.  And then by October of last

22    year, the police received a report that the Defendant was

23    shirtless in McLaughlin, and of all things, in possession of a

24    knife and swinging it around.

25              So this Defendant is more than a mild public safety
```

1    concern.  And if he's having a major anxiety issue in meth

2    treatment where staff are walking away, he needs to maybe think

3    about making some choices about how he interacts with people

4    and treats people.

5          But then we can learn from that night when he was

6    arrested, that the BIA officers were looking for him and there

7    was an extended cat and mouse game where he was harassing the

8    community and then ultimately, arrested after he drops to his

9    knees, but not before he twists around and smacks the officer

10   in the side of the torso and face and shoulder and then tries

11   to kick at the officer.  Now, we can blame that all on

12   methamphetamine and his trauma, but he's also making some

13   choices in there.  He's making some choices to not work the

14   plan, cooperate with his probation officer.

15         And this Court in other situations has -- in other

16   cases has tried to be lenient with defendants and give mild

17   sentences and then more severe and then more severe, trying to

18   get their attention.  And this Court would be well within its

19   rights and track record of doing something beyond the three to

20   nine months guideline calculation as it's done in other cases

21   where the defendant just declines to work the program and where

22   we can't get his attention.  He is more than a mild safety

23   concern.

24         Thank you, Your Honor.

25         THE COURT:  Thank you, Mr. Maher.

1          Mr. Turner, any comments that you have, please.

2          MR. TURNER:  I do, Your Honor.

3          My client is more than a mild safety concern and I

4     understand that.  He's going to be more than a mild safety

5     concern when he gets out of prison.  The question is where do

6     we go from here.

7          His choices all along have been trying to get into

8     treatment, he's been asking us.  He's been cooperating with

9     Probation from what I can tell from the PSI.

10         His problems stem from a childhood of terrible abuse

11    which led to alcohol and drug use and he's -- and the alcohol

12    and drug use leads to the violence which he grew up with.  He

13    gets violent.

14         From the progress report, the last adjustment seems to

15    have relieved symptoms of meth related psychosis.  Dr. Rebecca

16    Foster reports he is now stable enough to now fully engage in

17    treatment.

18         So the question here isn't whether he's not a danger.

19    He clearly has been and he clearly will be unless he gets the

20    kind of treatment that he needs and we've got that now.  We can

21    still hold things over his head, but he's in a residential

22    program or he was until the last couple of weeks, and he can go

23    back to one.

24         So the question is, over the next six months, which

25    letter here says, if he continues to engage treatment fully,

1     his projected completion date is November 3rd.  That's six

2     months from now.  So the question is over the next six months,

3     is he in prison where he is exposed to and subject to and led

4     towards violence, is he exposed to and subject to and led

5     towards drugs.

6           I want to make clear that we have had more and more

7     clients coming in that say they have drugs available in the

8     federal penitentiary.  I've got one who said he had never seen

9     heroin until he tried it in the pen.  He got hooked on meth; he

10    got hooked on heroin in the pen.

11          At a residential facility, he's been under control, he

12    hasn't been using drugs and he's learning how to deal with the

13    problems that lead to his violence.  Those are our options.

14    Six months with Ed or six months in the penitentiary.  Six

15    months, eight months, ten months, twenty months from now, he's

16    going to be on the streets.  If the Court wants to hold

17    something over his head -- and I realize that this is the third

18    time, but he's been --

19          THE COURT:  Fourth time.

20          MR. TURNER:  Fourth time.  But -- well, yeah, the --

21    the -- and he tried to get into treatment, but COVID also had

22    some issues with that.  But we've gotten him in.  And we've got

23    one of the best professionals in the nation committing to work

24    with him.

25          I can see a couple ways.  We can put this off for

1    couple weeks, three weeks, as Ed says, we will know where that

2    program is going, get in place.  We can even continue the

3    sentencing out beyond that to hold that over his head.  If we

4    address some of these issues, in the future he's a lot more

5    likely to come out and not be violent in the future.  That's

6    what I'm asking for the opportunity to do.  And that's what

7    he's asking.

8        THE COURT:  Even though he would remain in custody of

9    course?

10       MR. TURNER:  Well, he would remain in the residential

11   treatment program, I assume -- oh, yeah, no, of course.  I'm

12   not asking for him to be released now unless it's into a

13   residential treatment facility.  You put him back on the

14   street, he's going to fall off of the wagon that they've put

15   him on.

16       So, you know, the sentence can be to complete the

17   treatment, but we're not quite sure where the treatment thing

18   is now.  There's plenty of money out there, they just need to

19   get it up and running.

20       So what I'm asking for is a continuance of this hearing

21   today for three weeks or so.  If we can get him in beforehand,

22   we'll make a motion to furlough him back into a residential

23   program because it makes a lot more sense to be a resident

24   there than in a penitentiary system somewhere.  Thank you.

25       THE COURT:  Thank you, Mr. Turner.

```
 1          Well, it sounds to me like the program at Rosebud is in
 2     a state of flux to put it mildly.  That's unbelievable that the
 3     head of the program is claiming some matter of tribal
 4     sovereignty interfering with people's healthcare.  Who cares
 5     where the money comes from?  As they say, you don't look a gift
 6     horse in the mouth.  The State of South Dakota is not
 7     attempting to interfere with the programs of the Tribe, at
 8     least in this instance.  That isn't always true by any means,
 9     but there's no indication that the State is trying to dictate
10     something.
11          I think what Mr. Turner says is correct.  Of course, I
12     could revoke and give him a sentence of 24 months.  I guess
13     that's the first I've heard of that drugs are that readily
14     available in federal institutions run by the BOP, but could
15     well be.  I don't know.
16          When I saw this Defendant the first, second, or third
17     time -- I can't recall now -- I made a note to myself in the
18     papers, "this Defendant is a very dangerous individual."  And I
19     still think that's right.  I mean, this situation with stabbing
20     his brother to death, stabbing him seven times -- I recall the
21     case very well.  I don't remember a lot of these cases, but
22     this one I do.  And he had tried to kill his brother a short
23     time before that, as I recall.
24          He has grown up in a terrible environment, which
25     unfortunately is true for so many people, Native Americans
```

 1   included, where the judge should be inclined often times to put

 2   the parents in jail.  But at some point, Mr. White Tail is

 3   responsible for his own activities regardless of what he grew

 4   up with.

 5          Under the -- first of all, I adopt the Report and

 6   Recommendation of the Magistrate Judge, that's Doc 136, and I

 7   grant the Petition to Revoke his supervised release for the

 8   fourth time.  That's Doc 132.

 9          I clearly don't want these tribal officers or anybody

10   else being mistreated by a prisoner or a defendant, which is

11   what happened here.  More violence.

12          He's been in custody now for 71 days.  Unfortunately,

13   the period of supervised release here is limited by law.  I

14   can't give him more supervised release than five months less

15   whatever sentence I impose on him today.  So that's a handicap

16   imposed by Congress on the Court.  I don't understand it.

17          As I said many times, I don't know why Congress doesn't

18   try to run their own business, which they have a terrible time

19   doing, without trying to tell the courts what to do.

20          So I guess I would see no problem with continuing this

21   hearing until we know more about what the situation is at

22   Rosebud.  In the meantime, he's going to stay in custody -- in

23   federal custody of the Marshals Service.

24          So that's what I'm going to do.  And then we'll wait

25   for further information.  I'm going to continue this hearing

1    for two months and then we'll have more information.  Clearly,

2    this Defendant should not be running at large out on the

3    street.  And I'm going to do my best to see that he isn't, but

4    maybe he can be saved.  I appreciate the optimism of the expert

5    witness here.  He's much more optimistic I guess than I am, but

6    maybe.  We, of course, always are hesitant to throw the key

7    away, so to speak, and give up on somebody, but Probation and

8    others have made monumental efforts here to try to get this

9    Defendant straightened around and to act like a normal human

10   being and they haven't had any success at all thus far.

11        So I am going to continue this sentence hearing for

12   about at least two months.  Then I'll look at it again.  I may

13   continue it further after that.  I'll await hearing from Mr.

14   Turner as to what's going on at Rosebud and certainly the

15   witness is certainly free to contact the Court directly if he

16   wants to to keep me advised as to what is available at Rosebud.

17        So that will be order of the Court.  This hearing is

18   continued.  We will issue a written order to that effect.

19        Anything further from counsel?

20        MR. MAHER:  No, Your Honor.

21        MR. TURNER:  No, Your Honor.

22        THE COURT:  Thank you.  The hearing is adjourned.  And

23   you may be excused.

24        I appreciate the Marshal stepping in and taking care of

25   things here.  We're not looking for any confrontations here,

1    but I'm going to see that things are run correctly in this

2    courtroom.

3              (Conclusion of Hearing at 1:09 p.m.)

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1  STATE OF SOUTH DAKOTA)

2                       )                CERTIFICATE

3  COUNTY OF HUGHES     )

4

5

6      I, Connie Heckenlaible, Official United States District

7  Court Reporter, Registered Professional Reporter and Notary

8  Public in and for the State of South Dakota, do hereby

9  certify that the Transcript of Supervised Release Revocation

10 Sentencing Hearing contained on the foregoing pages 1 through

11 27, inclusive, is a full, true and complete transcript of the

12 above-entitled proceedings.

13     I further certify that I am not a relative or employee

14 or attorney or counsel of any of the parties hereto, nor a

15 relative or employee of such attorney or counsel; nor do I

16 have any interest in the outcome or events of the action.

17     IN TESTIMONY WHEREOF, I have hereto set my hand and

18 official seal this 26th day of May, 2021, at Pierre, South

19 Dakota.

20

21                          /s/ Connie Heckenlaible_____
                            Connie Heckenlaible
22                          Registered Professional Reporter
                            225 S. Pierre Street, #217
23                          Post Office Box 7147
                            Pierre, South Dakota  57501
24                          (605) 945-4627
                            Connie_Heckenlaible@sdd.uscourts.gov
25

## 1

**10** [2] - 2:1; 4:12
**12:30** [1] - 2:4
**132** [1] - 25:8
**136** [2] - 5:23; 25:6
**15** [1] - 6:13
**16** [1] - 13:5
**1981** [1] - 7:22
**1:09** [1] - 27:3

## 2

**2002** [2] - 8:3
**2016** [2] - 8:8, 11
**2020** [1] - 19:20
**2021** [1] - 2:1
**22nd** [2] - 9:12, 17
**24** [1] - 24:12

## 3

**30** [1] - 15:25
**3rd** [1] - 22:1

## 6

**660,000** [1] - 9:1

## 7

**71** [2] - 6:13; 25:12

## A

**ability** [1] - 17:22
**absolutely** [1] - 16:7
**abstinence** [1] - 16:25
**abuse** [6] - 8:3, 6;
12:16; 15:20; 19:16;
21:10
**accept** [1] - 16:4
**accredited** [1] - 11:3
**act** [1] - 26:9
**activities** [1] - 25:3
**actual** [2] - 9:19; 16:19
**acute** [1] - 13:19
**Addendum** [1] - 5:18
**addiction** [2] - 11:13;
16:17
**addictions** [1] - 7:21
**address** [3] - 2:10;
17:5; 23:4
**adjourned** [1] - 26:22
**adjusting** [3] - 14:24;

15:7
**adjustment** [1] - 21:14
**administration** [2] -
9:14
**administrator** [1] -
7:18
**admission** [1] - 9:25
**admitting** [1] - 19:21
**adopt** [1] - 25:5
**adopted** [1] - 11:14
**advised** [1] - 11:24
**afraid** [1] - 14:19
**agency** [1] - 12:15
**air** [1] - 6:25
**alcohol** [5] - 8:22;
15:15; 19:16; 21:11
**Alcohol** [1] - 9:6
**allowed** [2] - 10:16;
17:2
**allowing** [1] - 2:21
**alone** [2] - 4:5, 21
**altering** [2] - 16:23, 25
**America** [1] - 5:13
**Americans** [1] - 24:25
**amnestic** [1] - 14:6
**angry** [1] - 14:21
**answer** [1] - 3:15
**antipsychotic** [1] -
15:3
**anxiety** [3] - 14:16;
20:1
**apologize** [1] - 13:9
**applying** [1] - 8:17
**appreciate** [3] - 5:11;
26:4, 24
**Appreciate** [1] - 4:24
**April** [1] - 9:12
**arrested** [2] - 20:6, 8
**assignments** [1] -
14:3
**Assistant** [1] - 5:15
**assume** [1] - 23:11
**assuming** [3] - 16:11;
17:2; 18:12
**assured** [1] - 6:21
**attacks** [2] - 14:16
**attempting** [2] - 14:10;
24:7
**attendance** [1] - 12:8
**attention** [2] - 20:18,
22
**attorney** [1] - 5:14
**Attorney** [1] - 5:16
**authority** [1] - 9:13
**available** [5] - 11:15,
21; 22:7; 24:14;
26:16
**await** [1] - 26:13
**awards** [1] - 11:8

**aware** [1] - 5:6
**awful** [1] - 15:14

## B

**bachelors** [1] - 7:14
**background** [1] - 7:13
**based** [2] - 16:9; 19:7
**Bear** [1] - 9:4
**beforehand** [1] -
23:21
**begin** [1] - 13:21
**beginning** [1] - 11:16
**behavioral** [1] - 7:14
**believes** [1] - 15:19
**best** [4] - 12:13; 17:21;
22:23; 26:3
**beyond** [3] - 16:16;
20:19; 23:3
**BIA** [1] - 20:6
**Bible** [1] - 7:15
**big** [1] - 12:4
**blame** [1] - 20:11
**bond** [3] - 2:25; 3:4, 8
**bond"** [1] - 3:2
**BOP** [1] - 24:14
**Boston** [5] - 11:20, 23;
12:2
**brain** [1] - 13:16
**breakthroughs** [2] -
15:16, 23
**Brief** [2] - 2:5; 4:14
**bringing** [1] - 2:6
**brother** [3] - 19:13;
24:20, 22
**business** [1] - 25:18

## C

**calculation** [1] - 20:20
**caliber** [1] - 11:11
**capacity** [2] - 8:5; 9:20
**Cardwell** [1] - 11:11
**care** [3] - 12:14; 16:3;
26:24
**Care** [1] - 11:1
**cares** [1] - 24:4
**case** [5] - 5:12; 13:8;
17:20; 19:11; 24:21
**cases** [3] - 20:16, 20;
24:21
**cat** [1] - 20:7
**caused** [1] - 9:16
**center** [2] - 17:25;
18:13
**Center** [1] - 6:25
**certainly** [2] - 26:14
**chambers** [1] - 2:21

**chance** [1] - 17:5
**change** [1] - 16:16
**changes** [1] - 10:5
**chemicals** [1] - 16:23
**childhood** [3] - 15:20;
21:10
**choices** [4] - 20:3, 13;
21:7
**chosen** [1] - 16:14
**claiming** [1] - 24:3
**clear** [2] - 13:9; 22:6
**clearly** [4] - 21:19;
25:9; 26:1
**CLERK** [1] - 2:6
**clerk** [1] - 2:20
**client** [1] - 21:3
**clients** [1] - 22:7
**clinical** [1] - 7:19
**cognitive** [2] - 13:16,
18
**cognitively** [2] - 14:5;
15:4
**coming** [2] - 15:17;
22:7
**commenced** [1] -
19:19
**comments** [2] - 19:10;
21:1
**committing** [1] - 22:23
**community** [1] - 20:8
**compare** [1] - 17:10
**complete** [2] - 17:2;
23:16
**completion** [1] - 22:1
**compliance** [1] -
13:24
**complicated** [2] - 8:1,
21
**compliment** [1] -
13:25
**compromises** [1] -
9:11
**concern** [4] - 20:1, 23;
21:3, 5
**Conclusion** [1] - 27:3
**confrontations** [1] -
26:25
**Congress** [1] - 25:16
**contact** [1] - 26:15
**contacted** [1] - 12:11
**content** [1] - 14:2
**continuance** [1] -
23:20
**continue** [7] - 10:4;
16:5; 18:4; 23:2;
25:25; 26:11, 13
**continued** [1] - 26:18
**continues** [1] - 21:25
**continuing** [1] - 25:20

**continuously** [2] -
7:24; 8:4
**continuum** [2] - 12:13;
13:13
**contract** [3] - 8:24;
9:2, 21
**contracted** [1] - 11:20
**control** [1] - 14:19;
22:11
**controlled** [1] - 16:5
**convicted** [1] - 19:12
**cooperate** [1] - 20:14
**cooperating** [2] -
17:7; 21:8
**copy** [3] - 5:17, 25; 6:8
**cordial** [1] - 13:24
**correctly** [1] - 27:1
**counsel** [2] - 6:3;
26:19
**counselor** [1] - 9:23
**County** [1] - 10:6
**couple** [5] - 12:20;
14:16; 21:22; 22:25;
23:1
**course** [4] - 23:9, 11;
24:11; 26:6
**courtroom** [8] - 2:3,
21, 23; 3:17, 25;
4:13; 5:2; 27:2
**courts** [1] - 25:19
**COVID** [1] - 22:21
**credentialed** [2] -
9:22; 11:3
**cross** [1] - 18:20
**cross-examination** [1]
- 18:20
**current** [2] - 7:16; 18:2
**custody** [10] - 3:10;
4:7; 6:11, 13; 16:5;
23:8; 25:12, 22

## D

**Dakota** [4] - 8:24;
10:23; 11:4; 24:6
**damage** [1] - 13:16
**danger** [1] - 21:18
**dangerous** [1] - 24:18
**dark** [1] - 15:19
**date** [2] - 15:9; 22:1
**days** [6] - 6:14; 12:6,
20, 23; 15:25; 25:12
**deal** [1] - 22:12
**death** [1] - 24:20
**December** [2] - 13:6;
14:15
**decided** [1] - 10:18
**decline** [1] - 3:15
**declines** [1] - 20:21

deep [1] - 15:18
Defendant [11] - 2:2,
23; 4:4; 19:7, 12, 22,
25; 24:16, 18; 26:2,
9
DEFENDANT [1] - 6:2
defendant [2] - 20:21;
25:10
DEFENDANT'S [1] -
7:7
defendants [1] - 20:16
defense [1] - 13:24
demonstrated [1] -
16:12
depression [1] - 14:11
Deputy [1] - 4:18
describe [1] - 6:25
desire [1] - 16:20
deteriorates [1] - 18:2
detrimental [1] - 17:18
dictate [1] - 24:9
difficult [1] - 17:14
diminished [1] - 15:5
DIRECT [1] - 7:9
direction [2] - 10:21;
18:9
directives [1] - 14:20
directly [1] - 26:15
director [7] - 6:24;
8:11, 21; 9:1, 5;
11:22
disorder [1] - 14:6
distraught [1] - 14:21
disturbance [2] -
14:12; 15:4
Doc [3] - 5:23; 25:6, 8
docs [1] - 11:23
doctor [1] - 14:24
dollar [1] - 8:24
dollars [2] - 18:15
domestic [1] - 19:16
double [1] - 7:15
Dr [2] - 15:9; 21:15
drops [1] - 20:8
drug [3] - 8:22; 21:11
Drug [1] - 9:7
drugs [5] - 15:15;
22:5, 7, 12; 24:13
during [2] - 13:2;
19:18
DUSM [18] - 2:25; 3:2,
5, 7, 11, 13, 15, 19,
23; 4:2, 5, 11, 18,
20, 23; 5:4, 6, 10

**E**

Eagle [1] - 9:4
Ed [10] - 6:20, 23; 7:3,

10-12; 13:1; 18:25;
22:14; 23:1
ED [1] - 7:7
education [1] - 7:12
effect [2] - 17:19;
26:18
effectively [2] - 12:25;
13:21
efforts [1] - 26:8
eight [1] - 22:15
email [1] - 4:25
emergency [2] -
14:23; 15:2
emerging [1] - 12:5
emotional [1] - 16:22
emotionally [1] -
14:20
encounter [1] - 14:18
ended [1] - 8:9
engage [5] - 14:10;
15:11; 17:6; 21:16,
25
engagement [1] - 14:2
environment [2] -
16:5; 24:24
episodes [1] - 14:10
escorted [1] - 14:22
estimate [1] - 17:21
evaluate [1] - 8:8
evaluated [1] - 8:9
evaluating [1] - 14:10
evidence [5] - 6:16;
19:4
evidently [3] - 10:13;
12:8, 10
exact [1] - 15:9
exactly [3] - 4:6; 10:9;
14:1
examination [1] -
18:20
EXAMINATION [1] -
7:9
excuse [1] - 5:14
excused [2] - 18:24;
26:23
executive [3] - 8:21;
9:1, 5
expect [1] - 17:3
experiences [1] -
16:21
expert [2] - 7:1; 26:4
experts [1] - 11:11
explain [1] - 10:7
exposed [3] - 15:21;
22:3
extended [1] - 20:7

**F**

face [1] - 20:10
facility [5] - 10:20;
17:4, 23; 22:11;
23:13
faculty [2] - 11:24;
12:8
fall [1] - 23:14
federal [9] - 8:2;
10:13; 12:15; 17:11,
15; 18:15; 22:8;
24:14; 25:23
fence [1] - 16:15
field [4] - 7:24; 11:11;
12:11; 18:5
filed [3] - 5:19; 6:14;
7:4
finally [1] - 15:17
fine [1] - 7:2
first [11] - 6:9; 7:10,
22; 11:7; 13:1, 9;
14:13; 15:10; 24:13,
16; 25:5
five [2] - 12:1; 25:14
flatter [1] - 13:25
flux [2] - 8:20; 24:2
follow [1] - 3:22
footnote [1] - 10:18
fortune [1] - 11:10
Foster [1] - 21:16
foster [1] - 15:9
four [6] - 13:10, 17;
17:8, 11
fourth [4] - 19:19;
22:19; 25:8
Fourth [1] - 5:23
free [1] - 26:15
full [3] - 7:22; 9:22
full-time [2] - 7:22;
9:23
fully [11] - 2:14, 22;
3:12; 4:1, 8, 15, 22;
5:2; 6:21; 21:16, 25
funding [6] - 8:9,
14-15, 17, 23; 9:10
furlough [1] - 23:22
future [3] - 10:9; 23:4

**G**

game [1] - 20:7
General [3] - 11:20,
24; 12:2
gift [1] - 24:5
Government [3] -
5:15; 6:17; 19:7
government [1] - 8:2

grant [1] - 25:7
grew [3] - 15:14;
21:12; 25:3
grown [1] - 24:24
guess [4] - 5:20;
24:12; 25:20; 26:5
guide [1] - 12:17
guideline [1] - 20:20

**H**

handicap [1] - 25:15
harassing [1] - 20:7
hard [2] - 17:24; 19:14
Harvard [4] - 11:23;
12:7, 11
head [4] - 21:21;
22:17; 23:3; 24:3
Health [1] - 8:2
health [3] - 9:13;
12:16
healthcare [1] - 24:4
held [1] - 10:10
help [1] - 16:24
helped [2] - 11:16;
16:15
helping [1] - 7:20
heroin [2] - 22:9
hesitant [1] - 26:6
high [1] - 11:11
highest [1] - 11:17
highly [1] - 13:15
himself [2] - 11:15;
16:20
hire [1] - 8:17
history [2] - 15:13;
16:21
hold [4] - 10:1; 21:21;
22:16; 23:3
home [1] - 15:14
homicide [1] - 19:11
hooked [2] - 22:9
hope [1] - 17:8
hopefully [1] - 10:20
hoping [3] - 10:17;
15:21; 18:7
horse [1] - 24:6
Hospital [2] - 11:19
hospital [1] - 12:2
hour [1] - 12:23
house [1] - 10:3
House [1] - 12:9
human [1] - 26:9
hyper [1] - 14:20

**I**

idea [1] - 18:6

imagine [1] - 16:10
immediately [1] - 3:18
impaired [2] - 14:6;
15:4
impairment [2] -
13:16, 18
impose [1] - 25:15
imposed [1] - 25:16
impression [1] - 13:4
improve [1] - 16:20
in-house [1] - 10:3
incarcerated [1] -
10:17
inclined [1] - 25:1
included [1] - 25:1
including [1] - 5:2
Indian [1] - 8:2
indication [2] - 18:9;
24:9
individual [1] - 24:18
information [2] -
25:25; 26:1
inpatient [1] - 9:19
instance [1] - 24:8
institutions [1] - 24:14
intend [1] - 18:3
interacts [1] - 20:3
interested [1] - 12:4
interfere [1] - 24:7
interfering [1] - 24:4
intoxication [1] -
19:13
intrigued [1] - 11:14
invest [1] - 16:13
Investigation [1] -
5:18
involved [2] - 7:20;
12:1
issue [4] - 14:7; 19:13;
20:1; 26:18
issues [6] - 13:20;
14:4; 16:24; 17:5;
22:22; 23:4
items [2] - 5:25; 6:8

**J**

jail [1] - 25:2
Jail [1] - 10:6
January [1] - 14:15
job [1] - 7:22
judge [1] - 25:1
Judge [7] - 2:6; 4:5,
11; 5:22; 18:19;
19:2; 25:6
June [4] - 10:20; 18:7;
19:20

## K

**Kara** [1] - 4:18
**Kendall** [11] - 5:13; 10:6, 12, 16, 25; 13:1, 8, 13, 22; 15:19; 16:4
**Kentucky** [1] - 19:16
**key** [1] - 26:6
**kick** [1] - 20:11
**kill** [1] - 24:22
**killing** [1] - 19:12
**KINNEY** [14] - 2:25; 3:2, 5, 7, 11, 13, 15, 19, 23; 4:2, 5, 11, 18, 20
**Kinney** [1] - 4:18
**knees** [1] - 20:9
**knife** [1] - 19:24
**Kolb** [1] - 3:23
**KOLB** [4] - 4:23; 5:4, 6, 10

## L

**Lakota** [1] - 11:1
**large** [1] - 26:2
**last** [8] - 7:8; 8:1; 14:16; 15:24; 19:21; 21:14, 22
**late** [1] - 14:21
**law** [1] - 25:13
**lead** [1] - 22:13
**leading** [1] - 11:12
**leads** [1] - 21:12
**learn** [2] - 17:17; 20:5
**learning** [1] - 22:12
**led** [3] - 21:11; 22:3
**Lee** [1] - 5:13
**legal** [1] - 16:15
**lenient** [1] - 20:16
**letter** [1] - 21:25
**level** [1] - 17:7
**leverage** [1] - 16:15
**likely** [1] - 23:5
**likewise** [1] - 6:7
**limited** [1] - 25:13
**literally** [2] - 13:11, 16
**love** [2] - 18:4

## M

**ma'am** [2] - 3:12; 4:10
**Magistrate** [2] - 5:22; 25:6
**MAHER** [10] - 2:8, 10, 13, 16; 6:5, 17;

18:21; 19:8, 11; 26:20
**Maher** [4] - 5:16; 18:20; 19:10; 20:25
**major** [2] - 7:15; 20:1
**managed** [1] - 13:3
**manipulating** [1] - 16:19
**manslaughter** [1] - 19:12
**Marcita** [1] - 9:4
**Marshal** [5] - 2:24; 3:21; 4:25; 5:8; 26:24
**marshal** [1] - 4:8
**Marshals** [2] - 5:2; 25:23
**Mass** [3] - 11:20, 23; 12:2
**matter** [2] - 19:13; 24:3
**maximum** [1] - 13:11
**McLaughlin** [1] - 19:23
**mean** [9] - 3:6; 14:12; 15:12, 14; 16:9, 14, 22; 17:9; 24:19
**means** [2] - 3:7; 24:8
**meantime** [1] - 25:22
**medical** [1] - 11:22
**Medical** [3] - 11:24; 12:7, 11
**medicate** [1] - 16:22
**medicated** [1] - 14:23
**medication** [2] - 15:3, 6
**medications** [1] - 14:24
**meeting** [1] - 14:9
**meets** [1] - 11:17
**memory** [1] - 14:7
**mental** [1] - 12:16
**mention** [1] - 15:12
**mentions** [1] - 13:4
**mentor** [1] - 11:15
**met** [2] - 11:14; 15:10
**Meth** [1] - 7:18
**meth** [29] - 8:9, 12, 24; 9:12, 15; 10:19, 25; 11:13; 12:4, 14, 22; 13:5, 17-18; 14:7; 16:8, 17; 17:24; 18:2-4, 9; 19:16, 21; 20:1; 21:15; 22:9
**methamphetamine** [3] - 12:17, 25; 20:12
**Methamphetamine** [2] - 5:21; 6:24
**microphone** [1] - 2:11
**mid** [2] - 18:7

**mild** [5] - 19:25; 20:16, 22; 21:3
**mildly** [1] - 24:2
**million** [1] - 8:23
**mind** [1] - 19:17
**mine** [1] - 4:9
**minimal** [1] - 13:16
**minimum** [1] - 13:10
**miss** [1] - 18:25
**Mission** [1] - 10:23
**mistreated** [1] - 25:10
**model** [2] - 11:9; 12:19
**money** [5] - 8:16; 18:12, 16; 23:18; 24:5
**months** [24] - 6:10, 12-13; 13:10, 12, 18; 17:8, 11; 19:20; 20:20; 21:24; 22:2, 14-15; 24:12; 25:14; 26:1, 12
**monumental** [1] - 26:8
**mood** [4] - 14:12; 15:4; 16:23, 25
**motion** [1] - 23:22
**motivated** [1] - 13:15
**mouse** [1] - 20:7
**mouth** [1] - 24:6
**moving** [1] - 10:21

## N

**nation** [1] - 22:23
**national** [1] - 12:15
**nationwide** [1] - 12:18
**Native** [1] - 24:25
**neuroscientist** [1] - 11:12
**never** [2] - 22:8
**new** [1] - 15:6
**night** [4] - 14:11, 21-22; 20:5
**nightmares** [1] - 14:11
**nine** [2] - 6:12; 20:20
**normal** [1] - 26:9
**note** [2] - 7:4; 24:17
**notes** [1] - 19:15
**November** [1] - 22:1
**Nuckols** [1] - 11:11
**nurses** [1] - 12:3

## O

**objections** [1] - 6:14
**October** [1] - 19:21
**office** [1] - 13:2
**Office's** [1] - 19:17

**officer** [4] - 5:19; 20:9, 11, 14
**officers** [2] - 20:6; 25:9
**on-site** [1] - 12:23
**open** [4] - 16:3; 18:1, 6, 13
**opening** [1] - 15:25
**operate** [1] - 11:18
**operating** [4] - 9:9, 18, 21, 23
**opioid** [1] - 11:13
**opportunity** [1] - 23:6
**opposes** [2] - 8:23; 9:2
**optimism** [1] - 26:4
**optimistic** [1] - 26:5
**options** [1] - 22:13
**order** [3] - 17:4; 26:17
**orders** [1] - 3:22
**organization** [1] - 9:18
**oriented** [1] - 2:11
**outpatient** [3] - 10:12, 14
**oversight** [1] - 9:15
**own** [4] - 3:8; 16:3; 25:3, 18

## P

**P-A-R-S-E-L-L-S** [1] - 7:8
**p.m** [1] - 27:3
**pain** [1] - 16:22
**papers** [1] - 24:18
**paperwork** [1] - 3:3
**paranoia** [1] - 15:4
**parents** [1] - 25:2
**Parsells** [3] - 6:20, 23; 7:3
**PARSELLS** [1] - 7:7
**participate** [1] - 10:16
**particular** [1] - 17:20
**pass** [1] - 5:8
**patient** [1] - 16:4
**patients** [5] - 9:19, 24; 10:11; 16:10; 17:15
**pause** [2] - 2:5; 4:14
**pen** [2] - 22:9
**penitentiary** [4] - 17:11; 22:8, 14; 23:24
**people's** [1] - 24:4
**perceive** [1] - 14:1
**period** [4] - 6:11, 13; 19:19; 25:13
**personally** [1] - 5:14
**Petition** [2] - 5:23; 25:7

**philosophically** [1] - 8:22
**physician** [1] - 15:2
**physicians** [3] - 11:21; 12:3
**placed** [1] - 9:13
**plan** [1] - 20:14
**plenty** [1] - 23:18
**police** [1] - 19:22
**polite** [2] - 13:23; 15:18
**position** [1] - 7:16
**possession** [1] - 19:23
**post** [1] - 13:19
**post-acute** [1] - 13:19
**potential** [1] - 16:7
**potentially** [1] - 13:17
**practice** [4] - 10:19; 11:2; 18:1, 10
**practices** [1] - 12:13
**predict** [1] - 17:24
**prepared** [1] - 5:19
**present** [1] - 5:14
**presented** [1] - 19:7
**Presentence** [1] - 5:18
**presenting** [1] - 13:4
**previous** [1] - 6:9
**previously** [1] - 16:2
**prison** [2] - 21:5; 22:3
**prisoner** [2] - 4:11; 25:10
**private** [4] - 10:19; 11:1; 18:1, 10
**Probation** [3] - 19:17; 21:9; 26:7
**probation** [2] - 5:19; 20:14
**problem** [5] - 4:9; 8:14; 12:5; 25:20
**problems** [4] - 8:14; 14:8; 21:10; 22:13
**proceeding** [1] - 6:11
**process** [1] - 13:14
**professionals** [1] - 22:23
**Program** [3] - 5:21; 7:18; 9:7
**program** [32] - 6:23; 8:9, 12, 19, 22; 9:13, 15; 10:10, 17, 20; 11:1, 8-9, 14, 16, 18, 22; 12:12, 18-19; 13:10; 18:2, 4; 20:21; 21:22; 23:2, 11, 23; 24:1, 3
**programs** [2] - 12:24; 24:7
**progress** [6] - 5:20; 7:4; 14:12; 15:23;

16:13; 21:14
**projected** [1] - 22:1
**protracted** [1] - 13:19
**provide** [4] - 8:24;
9:15; 10:7; 11:20
**provided** [2] - 10:14;
18:10
**providing** [1] - 8:6
**PSI** [1] - 21:9
**PSRs** [1] - 19:15
**psychiatric** [2] -
13:20; 19:15
**psychologist** [6] -
14:9, 25; 15:1, 9, 19,
25
**psychologists** [1] -
15:1
**psychosis** [2] - 13:19;
21:15
**psychotropics** [1] -
15:3
**PTSD** [1] - 14:11
**public** [1] - 19:25
**publish** [1] - 12:16
**published** [1] - 11:12

**Q**

**qualify** [1] - 10:13
**quit** [1] - 14:18

**R**

**Randy** [1] - 5:14
**rational** [1] - 15:5
**readily** [1] - 24:13
**realize** [2] - 12:7;
22:17
**reasoning** [1] - 15:5
**Rebecca** [1] - 21:15
**receive** [2] - 5:17, 25
**received** [3] - 6:7, 10;
19:22
**recently** [3] - 8:8;
9:12; 15:24
**recognition** [1] - 11:9
**Recommendation** [1]
- 25:6
**Recommendations**
[1] - 5:22
**recommended** [1] -
12:12
**recovery** [2] - 16:17,
25
**reduced** [1] - 8:25
**reengage** [1] - 10:18
**referred** [1] - 12:12
**refused** [1] - 16:1

**refusing** [1] - 14:20
**regardless** [1] - 25:3
**rehab** [2] - 8:9, 12
**Rehabilitation** [1] -
7:18
**release** [4] - 5:24;
25:7, 13
**released** [1] - 23:12
**relieve** [1] - 4:20
**relieved** [1] - 21:15
**remain** [3] - 2:10;
23:8, 10
**remotely** [1] - 10:7
**removed** [1] - 9:12
**Report** [3] - 5:18, 22;
25:5
**report** [4] - 5:19;
19:22; 21:14
**reporter** [1] - 2:19
**reports** [1] - 21:16
**represented** [1] - 6:11
**researcher** [1] - 11:12
**Reservation** [2] - 8:5;
10:22
**resident** [1] - 23:23
**residential** [14] -
10:19; 11:5; 13:5;
16:3; 17:3, 22; 18:3;
21:21; 22:11; 23:10,
13, 22
**residual** [1] - 13:16
**resign** [1] - 14:18
**resolved** [1] - 16:24
**resorts** [1] - 16:22
**respectfully** [1] - 3:15
**responded** [1] - 15:7
**responsible** [1] - 25:3
**revocation** [3] - 6:10
**revocations** [2] - 6:9;
13:3
**revoke** [1] - 24:12
**Revoke** [2] - 5:23;
25:7
**rights** [1] - 20:19
**room** [2] - 14:23; 15:2
**rooted** [1] - 15:20
**Rosebud** [5] - 5:20;
6:24; 7:17, 25; 8:4;
9:6; 10:22; 11:19;
17:4; 18:10; 24:1;
25:22; 26:14, 16
**run** [3] - 24:14; 25:18;
27:1
**running** [2] - 23:19;
26:2

**S**

**safety** [4] - 19:25;

20:22; 21:3
**SAMHSA** [1] - 12:15
**Saturday** [1] - 14:22
**saved** [1] - 26:4
**scary** [1] - 14:17
**schedule** [1] - 2:25
**School** [3] - 11:25;
12:7, 11
**science** [1] - 7:14
**sciences** [1] - 7:14
**search** [1] - 12:18
**seated** [1] - 2:10
**second** [2] - 6:10;
24:16
**seconds** [1] - 4:13
**selected** [1] - 12:19
**sense** [1] - 23:23
**sentence** [5] - 6:10;
23:16; 24:12; 25:15;
26:11
**sentenced** [2] - 6:11
**sentences** [1] - 20:17
**sentencing** [1] - 23:3
**serious** [1] - 14:17
**serve** [2] - 8:10; 11:22
**served** [1] - 11:15
**Service** [1] - 25:23
**Services** [1] - 8:3
**services** [6] - 8:6, 25;
10:7, 12, 14
**seven** [2] - 6:10; 24:20
**severe** [3] - 14:16;
20:17
**shape** [1] - 11:16
**shirtless** [1] - 19:23
**short** [1] - 24:22
**shoulder** [1] - 20:10
**Sioux** [5] - 5:20; 6:24;
7:17; 9:6; 17:4
**site** [1] - 12:23
**sitting** [1] - 4:21
**situation** [3] - 13:4;
24:19; 25:21
**situations** [1] - 20:15
**six** [9] - 17:8, 11;
21:24; 22:1, 14
**sixteen** [1] - 13:10
**skills** [1] - 13:23
**smacks** [1] - 20:9
**social** [1] - 13:23
**sorry** [1] - 19:2
**sounds** [3] - 12:14,
21; 24:1
**sources** [1] - 8:23
**South** [4] - 8:24;
10:23; 11:3; 24:6
**sovereignty** [2] - 9:11;
24:4
**specialist** [1] - 8:3

**specific** [1] - 13:5
**spend** [1] - 18:16
**spent** [1] - 12:6
**stabbing** [2] - 24:19
**stable** [1] - 21:16
**staff** [12] - 8:16; 9:16,
22; 10:14; 11:2;
12:3, 7; 14:18; 15:1;
20:2
**stand** [1] - 6:20
**standards** [1] - 11:17
**started** [2] - 13:5;
14:24
**starting** [1] - 2:4
**State** [4] - 8:24; 11:3;
24:6, 9
**state** [4] - 9:10; 14:20;
18:15; 24:2
**States** [2] - 5:13, 16
**stem** [1] - 21:10
**step** [1] - 18:22
**stepping** [1] - 26:24
**stimulant** [1] - 12:19
**story** [1] - 16:8
**straightened** [2] - 3:3;
26:9
**street** [2] - 23:14; 26:3
**streets** [1] - 22:16
**stress** [1] - 9:16
**subcomponent** [1] -
9:7
**subject** [2] - 22:3
**substance** [4] - 8:3, 6;
12:16; 19:16
**substances** [1] - 17:1
**success** [2] - 16:7;
26:10
**successful** [1] - 17:5
**superficial** [1] - 14:2
**superficially** [1] -
15:18
**supervised** [4] - 5:23;
25:7, 13
**supervision** [2] -
10:13; 19:20
**supervisor** [3] - 7:17,
19; 9:22
**Supplemental** [1] -
5:18
**supposed** [1] - 9:25
**suppressing** [1] -
14:13
**surplus** [1] - 8:17
**surrounded** [1] -
11:10
**survive** [1] - 17:17
**sustain** [1] - 16:25
**sustained** [1] - 16:17
**swinging** [1] - 19:24

**symptoms** [1] - 21:15
**system** [4] - 16:19;
17:15, 17; 23:24

**T**

**Tail** [3] - 5:13, 17; 25:2
**teaching** [1] - 12:6
**ten** [1] - 22:15
**Term** [1] - 7:18
**terms** [1] - 17:23
**terrible** [3] - 21:10;
24:24; 25:18
**terrors** [1] - 14:11
**theology** [1] - 7:15
**therapy** [1] - 14:3
**they've** [3] - 15:7;
17:16; 23:14
**third** [3] - 6:12; 22:17;
24:16
**three** [12] - 9:24; 10:3;
12:6, 18, 23; 14:17;
15:8; 18:8; 20:19;
23:1, 21
**throw** [1] - 26:6
**Tim** [1] - 5:16
**today** [7] - 2:10; 5:5;
9:25; 13:6; 17:23;
23:21; 25:15
**torso** [1] - 20:10
**track** [1] - 20:19
**train** [3] - 12:3, 20, 24
**training** [3] - 12:13,
21, 24
**transferred** [1] - 10:12
**trauma** [4] - 15:20;
16:1, 22; 20:12
**treat** [4] - 10:4; 12:21,
25; 15:22
**treated** [1] - 13:17
**treating** [2] - 11:13;
12:17
**Treatment** [2] - 6:24;
9:7
**treatment** [38] - 7:1;
8:22, 25; 9:15;
10:20; 12:14, 17, 19,
24; 13:1, 5, 21;
15:11; 16:6, 8, 18;
17:2, 10, 18, 23, 25;
18:2-4, 9, 13; 19:15;
20:2; 21:8, 17, 20,
25; 22:21; 23:11, 13,
17
**treats** [1] - 20:4
**tribal** [3] - 9:11; 24:3;
25:9
**Tribe** [6] - 5:21; 6:24;
9:12; 17:4; 18:11;

24:7
**Tribe's** [5] - 7:17; 8:8, 22; 9:6, 14
**tried** [4] - 20:16; 22:9, 21; 24:22
**tries** [1] - 20:10
**true** [4] - 2:17; 6:3; 24:8, 25
**Trump** [1] - 12:10
**turned** [1] - 15:15
**TURNER** [18] - 2:2, 18; 6:6, 18, 20, 23; 7:3, 6, 10; 9:18; 18:18, 25; 19:2, 5; 21:2; 22:20; 23:10; 26:21
**turner** [1] - 21:1
**Turner** [5] - 2:17; 5:15; 23:25; 24:11; 26:14
**twenty** [1] - 22:15
**twists** [1] - 20:9
**two** [8] - 8:25; 12:23; 15:1, 8; 18:8; 19:20; 26:1, 12
**two-hour** [1] - 12:23

## U

**U.S** [1] - 5:2
**ultimately** [1] - 20:8
**unbelievable** [1] - 24:2
**uncertain** [1] - 9:17
**underlying** [1] - 19:13
**unfortunately** [2] - 24:25; 25:12
**unit** [1] - 7:17
**United** [2] - 5:12, 15
**unless** [4] - 3:25; 4:15; 21:19; 23:12
**upbringing** [2] - 13:23; 15:13
**upset** [1] - 14:21
**useful** [1] - 17:18

## V

**vaccinated** [9] - 2:14, 22; 3:12; 4:1, 8, 16, 22; 5:3; 6:21
**variety** [1] - 8:5
**versus** [1] - 5:13
**violence** [6] - 15:14; 19:17; 21:12; 22:4, 13; 25:11
**violent** [2] - 21:13; 23:5

## W

**wagon** [1] - 23:14
**wait** [1] - 25:24
**walking** [1] - 20:2
**wants** [2] - 22:16; 26:16
**ways** [1] - 22:25
**webinars** [1] - 12:23
**weekly** [1] - 14:9
**weeks** [9] - 13:5, 10; 15:8; 18:8; 21:22; 23:1, 21
**wherein** [1] - 19:11
**White** [4] - 5:13, 17; 12:9; 25:2
**willing** [2] - 8:10; 16:3
**window** [1] - 17:16
**Winner** [1] - 10:6
**withdrawal** [2] - 13:19
**witness** [2] - 26:5, 15
**Witness** [1] - 18:24
**won** [1] - 11:8

## Z

**Zoom** [1] - 12:23