# EXHIBIT 4

| | |
|---|---|
| **From:** | The AAG for Administration |
| **To:** | The AAG for Administration |
| **Subject:** | Revised workplace mask guidance for all employees and contractors |
| **Date:** | Friday, May 14, 2021 11:41:10 AM |

To all DOJ Employees and Contractors:

Last night the Department received the communication below from OMB, which applies immediately to all Department offices (except for BOP, where guidance for employees and contractors working in correctional facilities has not changed):

> Consistent with CDC Director Walensky's announcement today regarding CDC's updated Interim Public Health Recommendations for Fully Vaccinated People, fully vaccinated Federal employees, fully vaccinated onsite contractors, and fully vaccinated visitors to Federal buildings are no longer required to wear masks.
>
> For now, this change related to masking is the only change to Federal workplace COVID-19 safety guidance – maximum telework and workplace occupancy limits remain in place – but we will continue to update based on public health guidance.
>
> To clarify what this announcement means for individuals:
>
> - If you are fully vaccinated (at least 2 weeks past your final dose), you are no longer required to wear a mask.
> - If you are not fully vaccinated (at least 2 weeks past your final dose), please continue to wear a mask consistent with the requirements set forth in your agency workplace safety plan.
>
> These changes are consistent with Executive Order 13991 on Protecting the Federal Workforce and Requiring Mask-Wearing, which charged Federal agencies to "require compliance with CDC guidelines with respect to wearing masks" and with OMB memorandum M-21-15, which noted in its guidance on face masks that "agencies may provide for exceptions consistent with CDC guidelines."
>
> The Safer Federal Workforce Task Force will follow-up with answers to frequently asked questions from agencies regarding these changes. OMB, through the President's Management Council, with OPM and GSA, will continue to work with your agencies on the planning already underway related to the Federal personnel policies and work environment for after it is safe for increased return of Federal workers to the physical workplace.

As OMB noted, this guidance affects only the masking requirements in the 2021 Department of Justice COVID-19 Workforce Safety Plan, issued on February 16, 2021.  Our telework posture and office occupancy requirements remain unchanged.  Managers and supervisors may make exceptions to this guidance as necessary to ensure a safe workforce, such as in the case of a recent workplace exposure or exceptionally close quarters.

As we go forward, we ask everyone to respect the wishes of our colleagues and visitors and ensure that anyone who chooses to continue wearing a mask while in Department buildings and facilities may continue to do so without interference.  Further, supervisors and managers should not ask about an employee's vaccination status or use information about an employee's vaccination status to make decisions about how and when employees will report to a workplace instead of teleworking.

In the coming days we will update and reissue the DOJ Workforce Safety Plan to reflect this and

other necessary changes.  In addition, we will also issue additional updates regarding how we will be coordinating our re-entry planning, including phases, timelines, and how we will solicit your input along the way.

Thank you for your continued diligence and dedication to the Department's mission.