# EXHIBIT 6

*Custody*

# UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH DAKOTA
## NORTHERN DIVISION

Charles B. Kornmann United States District Judge Presiding

| | |
|---|---|
| Courtroom Deputy - KMH<br>Courtroom - AB #1<br>U.S. Probation Officer – Cora Pfizer | Court Reporter – Connie Heckenlaible<br>Date – May 10, 2021 |

1:11-cr-10022-CBK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>KENDALL LEE WHITE TAIL,<br><br>Defendant. | Timothy M. Maher<br><br><br><br>Randall B. Turner |

TIME HEARING SCHEDULED TO BEGIN: 12:30 PM

TIME:

12:30 PM        Enter CONTESTED Supervised Release Revocation Sentencing

　　　　　　　Witnesses:
　　　　　　　Ed Parsells

　　　　　　　The Court will continue this hearing for two months.

1:08 PM         Court adjourned

Case 1:19-cr-10019-CBK   Document 183   Filed 05/10/21   Page 1 of 1 PageID #: 1142

Bond

# UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH DAKOTA
# NORTHERN DIVISION

| Charles B. Kornmann United States District Judge Presiding ||
|---|---|
| Courtroom Deputy - KMH<br>Courtroom - AB #1<br>U.S. Probation Officer – James Johnson | Court Reporter – Connie Heckenlaible<br>Date – May 10, 2021 |
| 1:19-cr-10019-01 ||
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ANTHONY BERTINO,<br><br>Defendant. | Ann M. Hoffman<br><br><br><br><br><br>Joshua K. Finer |

TIME HEARING SCHEDULED TO BEGIN: 1:30 PM

TIME:

1:14 PM        Enter CONTESTED Sentencing Hearing

   Defendant is sentenced to 20 months imprisonment; 3 years Supervised Release; $95,000.00 fine and $100.00 Special Assessment

   Defendant shall self-report to the US Marshal in South Dakota or to the designated facility by 2:00 pm on July 3, 2021.

2:18 PM        Court adjourned

Case 1:20-cr-10002-CBK   Document 43   Filed 05/10/21   Page 1 of 1 PageID #: 187

# UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH DAKOTA
# NORTHERN DIVISION

*Bond*

Charles B. Kornmann United States District Judge Presiding

| | |
|---|---|
| Courtroom Deputy - KMH | Court Reporter – Connie Heckenlaible |
| Courtroom - AB #1 | Date – May 10, 2021 |
| U.S. Probation Officer – James Johnson | |

1:20-cr-10002-CBK

| | |
|---|---|
| UNITED STATES OF AMERICA, | Ann M. Hoffman |
| Plaintiff, | |
| vs. | |
| MARILYN RUTH HOLLEY, | Randall B. Turner |
| Defendant. | |

TIME HEARING SCHEDULED TO BEGIN: 4:00 PM

TIME:

| | |
|---|---|
| 2:57 PM | Enter Plea and Sentencing Hearing |
| | Defendant enters a plea of guilty to Count 4 of the Indictment |
| 3:20 PM | Enter CONTESTED Sentencing Hearing |
| | Defendant is now sentenced to 60 months probation; restitution in the Amount of $12,158.64 and $100 Special Assessment |
| 3:40 PM | Court adjourned |

# UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH DAKOTA
# NORTHERN DIVISION

*Custody*

Charles B. Kornmann United States District Judge Presiding

| | |
|---|---|
| Courtroom Deputy - KMH | Court Reporter – Connie Heckenlaible |
| Courtroom - AB #1 | Date – May 10, 2021 |
| U.S. Probation Officer – James Johnson | |

**1:20-cr-10024-CBK**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Timothy M. Maher |
| Plaintiff, | |
| vs. | |
| JUAN SHAW SMITH, | Kristopher A. Reed |
| Defendant. | |

TIME HEARING SCHEDULED TO BEGIN: 2:30 PM

TIME:

3:44 PM      Enter Non-Evidentiary Sentencing

             The Court accepts the plea agreement

             Defendant is now sentenced to 37 months imprisonment to be served concurrently with the sentence imposed in SD 5th Judicial circuit Court case number 06CR120000313; 3 years Supervised Release, forfeiture of items and $100 Special Assessment

4:05 PM      Court adjourned

# UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH DAKOTA
# NORTHERN DIVISION

*Custody*

Charles B. Kornmann United States District Judge Presiding

| | |
|---|---|
| Courtroom Deputy - KMH | Court Reporter – Connie Heckenlaible |
| Courtroom - AB #1 | Date – May 10, 2021 |
| U.S. Probation Officer – Cora Pfizer | |

### 1:16-cr-10038-CBK

| | |
|---|---|
| UNITED STATES OF AMERICA, | Timothy M. Maher |
| Plaintiff, | |
| vs. | |
| CHRISTOPHER PLENTY CHIEF, | Randall B. Turner for John M. Duffy |
| Defendant. | |

TIME HEARING SCHEDULED TO BEGIN: 3:00 PM

TIME:

4:06 PM        Enter Non-Evidentiary Supervised Release Revocation Sentencing

               Defendant is sentenced to 14 months imprisonment and 8 months Supervised Release

4:20 PM        Court adjourned

*Faulk*

# UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH DAKOTA
# NORTHERN DIVISION

*Custody*

Charles B. Kornmann United States District Judge Presiding

| | |
|---|---|
| Courtroom Deputy - KMH | Court Reporter – Connie Heckenlaible |
| Courtroom - AB #1 | Date – May 10, 2021 |
| U.S. Probation Officer – Cora Pfizer | |

1:10-cr-10017-CBK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>TRAVIS WEASEL,<br><br>Defendant. | Timothy M. Maher<br><br><br><br>Randall B. Turner for<br>Amanda B. Work |

TIME HEARING SCHEDULED TO BEGIN: 3:30 PM

TIME:

| | |
|---|---|
| 4:23 PM | Enter Non-Evidentiary Supervised Release Revocation Sentencing |
| | Defendant is sentenced to 198 days imprisonment |
| 4:34 PM | Court adjourned |

| Date/Time | Location | Case No. | Case Name | Attorneys | Hearing Type | | |
|---|---|---|---|---|---|---|---|
| 05/11/2021 09:00 AM | Pierre Courtroom 1 - Room 436* | 3:20-cr-30081-RAL-1 | USA v. Dwaine Walter Little Elk | Morley/Turner | Sentencing | R | C |
| 05/11/2021 10:00 AM | Pierre Courtroom 1 - Room 436* | 3:20-cr-30134-RAL-1 | USA v. Julia Larae Swift Hawk | Miller/Turner | Sentencing | R | C |
| 05/11/2021 11:00 AM | Pierre Courtroom 1 - Room 436* | 3:19-cr-30161-RAL-1 | USA v. Frank Chapman | Miller/Miner | Restitution Hearing | | B |
| 05/17/2021 10:30 AM | Pierre Courtroom 1 - Room 436* | 3:17-cr-30073-RAL-1 | USA v. Waylon Makes Him First, II | *SEALED* | Revocation-JuvDelSuper-Final | | C |
| 05/17/2021 11:00 AM | Pierre Courtroom 1 - Room 436* | 3:20-cr-30113-RAL-1 | USA v. Adam Moran | Albertson/Turner | Sentencing | R | C |
| 05/17/2021 01:00 PM | Pierre Courtroom 1 - Room 436* | 3:20-cr-30050-RAL-1 | USA v. Kaylee Spotted Elk | Albertson/Turner | Sentencing | R | C |
| 05/17/2021 01:00 PM | Pierre Courtroom 1 - Room 436* | 3:20-cr-30072-RAL-1 | USA v. Kaylee Spotted Elk | Cook/Turner | Sentencing | R | C |
| 05/17/2021 02:00 PM | Pierre Courtroom 1 - Room 436* | 3:20-cr-30088-RAL-1 | USA v. Anthony Story | Cook/Work | Pretrial Conference | R | C |
| 05/17/2021 03:00 PM | Pierre Courtroom 1 - Room 436* | 3:20-cr-30058-RAL-1 | USA v. Jerome White Horse | Cook/Albright | Sentencing | R | B |
| 05/17/2021 04:00 PM | Pierre Courtroom 1 - Room 436* | 3:10-cr-30051-RAL-1 | USA v. Sammy Houston | Dilges/Turner | Revocation Sup Rls - Final Hrg | R | C |
| 05/17/2021 04:30 PM | Pierre Courtroom 1 - Room 436* | 3:13-cr-30062-RAL-2 | USA v. Martin Garreau | MIller/Miner | Revocation Sup Rls - Final Hrg | R | B |

**William D. Gerdes**

**Charles B. Kornmann**

| Date/Time | Location | Case No. | Case Name | Attorneys | Hearing Type | | |
|---|---|---|---|---|---|---|---|
| 05/10/2021 12:30 PM | Aberdeen Courtroom 1 - Room 403* | 1:11-cr-10022-CBK-1 | USA v. Kendall Lee White Tail | Turner/Maher - KMH (Connie) | Revocation Sup Rls - Final Hrg | R | B |
| 05/10/2021 01:30 PM | Aberdeen Courtroom 1 - Room 403* | 1:19-cr-10019-CBK-1 | USA v. Anthony Bertino | Hoffman/Finer - KMH (Connie) | Sentencing | R | B |
| 05/10/2021 02:30 PM | Aberdeen Courtroom 1 - Room 403* | 1:20-cr-10024-CBK-1 | USA v. Juan Shaw Smith | Reed/Maher - KMH (Connie) | Sentencing | R | C |
| 05/10/2021 03:00 PM | Aberdeen Courtroom 1 - Room 403* | 1:16-cr-10038-CBK-1 | USA v. Christopher Plenty Chief | Jasper (USA)/Duffy - KMH (Connie) | Revocation Hearing - Other | | C |
| 05/10/2021 03:30 PM | Aberdeen Courtroom 1 - Room 403* | 1:10-cr-10017-CBK-1 | USA v. Travis Weasel | Work (FPD)/Jasper (USA) - KMH (Connie) | Revocation Sup Rls - Final Hrg | R | C |
| 05/10/2021 04:00 PM | Aberdeen Courtroom 1 - Room 403* | 1:20-cr-10002-CBK-1 | USA v. Marilyn Ruth Holley | Turner/Hoffman - KMH (Connie) | Sentencing | R | B |
| 05/10/2021 04:00 PM | Aberdeen Courtroom 1 - Room 403* | 1:20-cr-10002-CBK-1 | USA v. Marilyn Ruth Holley | Turner/Hoffman | Change of Plea Hearing | | B |
| 05/11/2021 09:30 AM | Aberdeen Courtroom 1 - Room 403* | 1:20-cr-10042-CBK-1 | USA v. Kevin Michael Trio | Sargent/Jehangiri - KMH (Connie) | Change of Plea Hearing | | B |
| 05/11/2021 10:00 AM | Aberdeen Courtroom 1 - Room 403* | 1:21-cr-10008-CBK-1 | USA v. Rene Alvarez DeLeon | Jehangiri/Dvorak - KMH (Connie) | Change of Plea Hearing | | C |
| 05/11/2021 10:30 AM | | | | Sannes/Jehangiri - KMH (Connie) | Change of Plea Hearing | | C |