# UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH DAKOTA
# NORTHERN DIVISION

Charles B. Kornmann United States District Judge Presiding

| | |
|---|---|
| Courtroom Deputy - KMH<br>Courtroom - AB #1 | Court Reporter – Connie Heckenlaible<br>Date – June 14, 2021 |

### 1:21-mc-01

| | |
|---|---|
| In Re: Contempt Sanctions Against<br>Daniel C. Mosteller, et al. | Joshua E. Gardner<br>Leah B. Taylor |

TIME HEARING SCHEDULED TO BEGIN: 10:00 AM

TIME:

| | |
|---|---|
| 10:02 AM | Enter Show Cause Hearing |
| | The Court makes comments regarding civil and criminal contempt |
| 10:59 AM | Court adjourned |