DSD Rev. 09/17

# UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

Northern Division

In Re: Contempt Sanctions Against Daniel c. Mosteller, et al

**EXHIBIT LIST**

Case Number:  1:21-mc-01

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Charles B. Kornmann, United States District | | Joshua E. Gardner/Leah B. Taylor |
| **TRIAL DATE (S)** | **COURT REPORTER** | **COURTROOM DEPUTY** |
| June 14, 2021 | Connie Heckenlaible | KMH |

| PLF. NO. | DEF. NO. | COURT NO. | DATE OFFERED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| | | 1 | | X | District of Arkansas article |
| | | 2 | | X | 18 USCA 401 Power of court |
| | | 3 | | X | 28 C.F.R. 0.112 Special deputation |
| | | 4 | | X | Scheduling orders |
| | | 5 | | X | 28 USCA 566 Powers and duties |
| | | 6 | | X | Memo to Judge Kornmann |
| | | 7 | | X | May 10, 2021 Court schedule |

Page 1 of 1

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.