UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
NORTHERN DIVISION

| | | |
|---|---|---|
| IN RE CONTEMPT SANCTIONS AGAINST JOHN KILGALLON, Chief of Staff for the United States Marshals Service, DANIEL C. MOSTELLER, United States Marshal for the District of South Dakota, and STEPHEN HOUGHTALING, Chief Deputy United States Marshal for the District of South Dakota, individually and in their official capacities.<br><br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) | Case No.  1-21-MC-01-CBK<br><br><br><br>NOTICE OF APPEARANCE |

PLEASE TAKE NOTICE AND BE ADVISED that Marty J. Jackley of Gunderson, Palmer, Nelson & Ashmore, LLP, hereby respectfully notes his appearance on behalf of Defendant, United States Marshal for the District of South Dakota, Daniel C. Mosteller, individually in the above entitled action.

Dated: June 16, 2021.

            GUNDERSON, PALMER, NELSON
             & ASHMORE, LLP


           By: /s/ *Marty J. Jackley*
             Marty J. Jackley
             Attorneys for Defendant Daniel C. Mosteller
             111 West Capitol Ave., Suite 230
             Pierre, South Dakota 57501
             Telephone: (605) 494-0105
             E-Mail: mjackley@gpna.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 16, 2021, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Northern Division by using the CM/ECF system. A true and correct copy was served electronically through the CM/ECF system on the following individuals:

Joshua E Gardner
DOJ-Civ
Poc Agostinho, Jean
1100 L St., N.W.
Ste. 12200
Washington, DC 20530
202-305-7583
joshua.e.gardner@usdoj.gov
*Counsel for Official Capacity Defendants*


Leah B Taylor
DOJ-Civ
PO Box 7146
Washington, DC 20044
202-616-4325
leah.b.taylor@usdoj.gov
*Counsel for Individual Capacity Defendants*


I hereby certify that on June 16, 2021, a true and correct copy of the foregoing was served by the United States Postal Service, First-Class mail, postage pre-paid, on the following individual:

Dennis R. Holmes
Acting U.S. Attorney for the District of South Dakota
325 S. 1st Ave., Ste. 300
Sioux Falls, SD 57104
605-330-4400
dennis.holmes@usdoj.gov


By: */s/ Marty J. Jackley*_____
      Marty J. Jackley